# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHENEQUA SHANTEL SOTO,

    Plaintiff,

        v.

PIKE COUNTY, *et al.*,

    Defendants.

NO. 3:16-CV-2263

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 8th day of March, 2018, **IT IS HEREBY ORDERED** that Plaintiff Shenequa Shantel Soto's Motion for Partial Summary Judgment (Doc. 19) is **DENIED**.

                                                        /s/ A. Richard Caputo  
                                                        A. Richard Caputo  
                                                        United States District Judge